UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 12-101-HRW

THOMAS ERIC MCGREW, PLAINTIFF,

V. **MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

BOYD COUNTY DETENTION CENTER, et al., DEFENDANT.

\*\*\*\* \*\*\*\*\* \*\*\*\*\*

This matter has been referred to the undersigned to issue proposed findings of fact and recommendations on any dispositive motions. [R. 17]. It is now before the Court on the Defendants' Motion to Dismiss and/or Summary Judgment. [R. 41]. The Plaintiff has not filed any objection to the motion, and the time do so has now expired. Having reviewed the record fully, and for the reasons stated in the Defendants' motion,

IT IS HEREBY RECOMMENDED that the Defendants' Motion for Summary Judgment [R. 41] be GRANTED.

The parties are directed to 28 U.S.C. § 636(b)(1) for a review of appeal rights governing this Report and Recommendation. Specific objections to this Report and Recommendation must be filed on or before APRIL 21, 2014 or further appeal is waived. United States v. Campbell, 261 F.3d 628, 632 (6th Cir. 2001); Thomas v. Ann, 728 F.2d 813, 815 (6th Cir. 1984). General objections or objections that require a judge's interpretation are insufficient to preserve the right to appeal. Cowherd v. Million, 380 F.3d 909, 912 (6th Cir. 2004); Miller V. Currie, 50 F.3d 373, 380 (6th Cir. 1995).

Signed April 7, 2014.

