UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 12-101-HRW

THOMAS ERIC MCGREW,                                                 PLAINTIFF,

v.                                        **ORDER**

**BOYD COUNTY DETENTION CENTER,** *et al,*               **DEFENDANTS.**

This matter is before the Court upon the Defendants' Motion to Dismiss and/or for Summary Judgment [Docket No. 41]. The motion was referred to Magistrate Judge Edward B. Atkins. The Magistrate Judge recommends that the motion be granted. Plaintiff has not filed objections to either the dispositive motion or the report and recommendation and the time for doing so has passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED,**

(1)      the Magistrate Judge's Report and Recommendation [Docket No. 45] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2)      Defendants' Motion to Dismiss and/or for Summary Judgment [Docket No. 41] be **SUSTAINED**; and

(3)      Plaintiff's Complaint be and the same is hereby dismissed **WITH PREJUDICE.**

This is a **FINAL AND APPEALABLE ORDER.**

This 28th day of April, 2014.

Signed By:
Henry R. Wilhoit, Jr.
United States District Judge